## File Hashes for IP Address 68.33.59.121

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/05/2013 22:38:29 | A3FC0DE34888F244DB7F38EDB533594B52611839 | Aspirations |
| 05/05/2013 22:28:40 | 55CA2EACA565462DF0F90457CD3DC756422F4187 | Fashion Models |
| 05/05/2013 22:23:17 | 0AA188B118CC0BEE2E97576329E95EE26C64BB5E | After Hours |
| 04/27/2013 15:16:55 | F9B6061F6E9694F58391A8589087967689611A22 | Apartment Number Four |
| 04/27/2013 14:23:54 | A1431B13AAE51DD7514FA0CBD6597F0DD64FB80D | Bottoms Up |
| 04/27/2013 13:15:11 | 326EC1B326263DE5563E9330920893B81CF8132F | Rose Petals |
| 04/11/2013 15:55:39 | FAE20B3D27DC03315DD159AEADC060169E3C3F8E | Pretty Babies |
| 04/10/2013 19:25:04 | 11D71935C5A5B52FB066987F9B18BA15CB31EA68 | I Love X Art |
| 04/10/2013 18:51:27 | CF64181DA508E91AD249098AA25261B2D1ECE9BD | Heavenly Brunettes |
| 04/10/2013 18:27:58 | DB00FD3FF50CECFEA87DD643B2F41C39CAA235D4 | Featherlight |
| 04/10/2013 16:47:30 | 799B90D264F14442685012E0BB4825229FA68602 | Out of This World |
| 04/09/2013 01:10:45 | A370D17B424BFF12F33CD4A438ADB0A1F61D9AD1 | Evening at Home Part #2 |
| 03/29/2013 19:05:13 | 5D5C3B07F981E8C5D3790452BAD6A29E898E5D0E | Stay With Me |
| 03/29/2013 17:43:25 | 719003480195D480A9A68C648484C684E49D5A80 | Late for Work |
| 03/28/2013 01:51:35 | 308DBD6D714644BF82F7EE8CD484F31C1BAD9F48 | Circles of Bliss |
| 03/26/2013 01:48:34 | 9EE7E5012B411B30874EF635099C60EB8652C9EF | Lunchtime Fantasy |
| 03/26/2013 01:05:11 | 80B15AB4C27186BF599940820D080538EED04185 | Mad Passion |
| 03/25/2013 21:52:31 | 7DB11B5380EA493E6D56328419CC0B545CB8D4E7 | Spilled Milk |
| 03/11/2013 16:32:48 | 8CAD8C2CB1812DA342C0D60B2F043798F2757FC9 | Red Satin |
| 03/06/2013 19:07:35 | 29B5D8B8F382A6618A10232861626FE4B40A5C01 | Deep Longing |
| 03/06/2013 19:02:28 | 43F39726CF50A4F81D920F748E8FFCC3B69CE1F8 | Perfect Girls |
| 03/06/2013 18:59:10 | 1B180F54C8FC18A8A278856A812342B90CCEEB6A | Spur Of The Moment |
| 03/06/2013 18:33:00 | C082E409A54D90525E259A313E928B17D21436D4 | Tuesday Morning |

EXHIBIT A

DC54

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/06/2013 05:06:05 | EC74A92D6EA97AB1493A43FDA8C512004ABD659E | Casual Affair |
| 03/05/2013 03:37:31 | D847B503DC06820BFE08A4DF2BD9CBAF7C5D1C31 | Two Boys and a Girl |
| 03/05/2013 02:40:25 | A679AAE33A124F4437C2FD57A2354F6C1E94CD37 | Soul Mates |
| 02/21/2013 03:35:19 | E3E16F33A28EE963A1C854CA46EEB14AFD2E612A | Apartment in Madrid |
| 02/08/2013 14:09:22 | 983521F665994D86A0B672880A9FC4BF65C892E6 | Inside Perfection |
| 02/08/2013 13:58:59 | 3592BA1AD045251B3893035092370C7AF65ECF15 | Lovers Quarrel |
| 02/04/2013 02:06:23 | 5997B9E42F81D46B0CFF63705211D5B8C5C543F6 | Seeing Double |
| 01/23/2013 22:32:10 | 8F2061BEBF834A487931F97D268EB5C5FFD3D0EA | Naughty and Nice |
| 01/22/2013 01:44:10 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 01/19/2013 01:59:24 | C1E9C0D5EABEE2AA9E4F4C4FC4AAA7F087C023A4 | Morning Desires |
| 01/19/2013 01:46:39 | 0CE92EF780541EB7BFFD89D9ED528733B3D83B16 | Want You |
| 01/19/2013 01:16:32 | DC0567D594FFFF168AF93D324D825401D0B66347 | Sweetest Dreams |
| 01/17/2013 12:38:06 | 73748ADDA7E479CDA2B9F1297ADFB6B3CFCB1FA6 | Warm Inside |
| 01/17/2013 06:02:03 | 32F2F5433013752ED4C9749E7EA7E93B00FE02BC | Together Again |
| 01/06/2013 00:35:59 | 2DC66057B131FEBAA13F3C5D907A2B1288FED5F9 | Sent from Heaven |
| 12/13/2012 18:28:14 | 2D944FBF51FCFD4184A742CC675EFF5DEE9E7B40 | Heart and Soul |
| 12/13/2012 18:15:48 | AC4FF9B08A0EF87D1CB1C8E7BFFA607BC935F601 | Tarde Espanola |
| 12/13/2012 17:30:50 | 0D58932E6D94584369F96A44312102A094D67BB1 | Waterfall Emotions |
| 12/02/2012 18:13:09 | 2F73EB7A20893FCF0B3C8E50C4775048B6D46F38 | Introducing Angelica |
| 11/10/2012 02:01:45 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 10/22/2012 16:45:11 | 4C2FA12F262A00CDE2D93B2D30A853ED2F3494AF | Young Passion |
| 10/17/2012 16:32:46 | EF1442C695127BA93F61E2BA3A4F6990A8B8DF99 | Dangerous Game |
| 10/09/2012 02:49:29 | 3418CA8F89935F424756118B6FEA0B26F3482A19 | Wild Things |
| 09/30/2012 04:53:54 | F8497BF9F7ED570C21B97E4AA792B9D4D4264019 | Russian Invasion |
| 09/24/2012 00:43:47 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 09/24/2012 00:43:42 | 984E68B212B80E6BDF7455A42C9C8EC4CF5F3636 | Morning Memories |

EXHIBIT A

DC54

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/17/2012 19:51:52 | 041AFBF7B134B5FE1A46E1703B634908C876B4BF | Classic Beauty |
| 09/13/2012 22:02:52 | EE7DC112CE480DC914957AC65A313AE3DEE3E64D | First Love |
| 08/30/2012 04:39:28 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 08/30/2012 04:31:03 | 8796D4D4A6EB1162FEE041319F33AC2B1DEEA360 | Starting Over |
| 08/18/2012 02:34:25 | 9160EC016F56278F0A90E3EA1E881A52D43DF933 | Coucher Avec une Autre Fille |

**Total Statutory Claims Against Defendant: 54**

EXHIBIT A

DC54