**Expanded Surveillance of IP Address 68.33.59.121**

**ISP:** Comcast Cable
**Location:** Washington, DC

| Hit Date  UTC | Filename |
|---|---|
| 05/18/2013 | Creampie.Angels.Adrianne.XXX.720p.pornalized.wmv |
| 05/17/2013 | pm_reg_jennilee-mp4FullHigh-1.mp4 |
| 05/17/2013 | Anal-Angels.13.05.11.Trinity.XXX.720p.WMV-KTR |
| 05/17/2013 | Kitty Jane - Secret Love (reshi5531) |
| 05/16/2013 | Brisco County Jr |
| 05/16/2013 | x-art_kaylee_clover_sapphic_waltz_1080.mov |
| 05/16/2013 | Agata.Capri.XXX |
| 05/16/2013 | X-Art.13.04.25.Angelica.Getting.Down.XXX.1080p.MP4-KTR[rarbg] |
| 05/16/2013 | Ultimate MotorCycling Buyers Guide - 10 Exciting Must-Have Goodies (February 2013) |
| 05/16/2013 | WowGirls - Shoot Your Load -.Anjelica |
| 05/16/2013 | anita.mp4 |
| 05/16/2013 | [www.Cpasbien.me] Da.Vincis.Demons.S01E02.FASTSUB.VOSTFR.HDTV.XviD-ADDiCTiON |
| 05/16/2013 | WowPorn - Reveal Your Fucking Skills - Anjelica [1080p].mp4 |
| 05/16/2013 | caribou - the milk of human kindness |
| 05/16/2013 | Da.Vincis.Demons.S01E03.HDTV.XviD-AFG |
| 05/16/2013 | [ www.Speed.Cd ] - Chestnut.Hero.Of.Central.Park.2004.iNTERNAL.DVDRip.XViD-MULTiPLY |
| 05/16/2013 | Orgasms - Be Gentle With Me - Ivy, Lily [720p].mov |
| 05/16/2013 | X-Art.13.05.12.Scarlet.Secret.Weapon.XXX.1080p.MP4-KTR |
| 05/16/2013 | X-Art.13.04.10.Jessica.Aspirations.XXX.1080p.MP4-KTR[rarbg] |
| 05/16/2013 | Young Legal Porn – Lolly Pop |
| 05/16/2013 | 18OnlyGirls - Paula Shy - Fun Before Breakfast |
| 05/16/2013 | Lars Bygd?n - Dream On.avi |

EXHIBIT C

| Hit Date  UTC | Filename |
| --- | --- |
| 05/16/2013 | x-art_sandra_simply_beautiful_1080.mov |
| 05/16/2013 | WowPorn.13.04.04.Eveline.An.Isatiable.Kitty.XXX.1080p.MP4-KTR[rarbg] |
| 05/16/2013 | WowGirls.13.05.12.Silvie.Getting.Wet.Upstairs.XXX.1080p.MP4-KTR |
| 05/16/2013 | Nixie.TrickyMasseur.2013.HD_iyutero.com.wmv |
| 05/16/2013 | Joymii.13.05.11.Candice.Dinner.Alone.XXX.720p.MOV-KTR |
| 05/16/2013 | Bj?rn Afzelius + Mikael Wiehe - Folkets Kamp ?r Folkens Hopp (Live ANC-Galan 1985).avi |
| 05/16/2013 | Da Vincis Demons S01E04 HDTV XviD-FUM[ettv] |
| 05/16/2013 | Zambezia 2012 BDRip XViD UNiQUE |
| 05/16/2013 | Microsoft.Office.Daily.Updated.Keys.Maker.2013.v1.0 |
| 05/16/2013 | DeepThroatLove - Veronica Radke - Veronicas Oral Pleasures |
| 05/16/2013 | 18XGirls - Betty Gets Creamed During Her Massage [1080p].mp4 |
| 05/16/2013 | SexArt.13.05.11.Bella.Baby.Desire.XXX.1080p.MP4-KTR |
| 05/16/2013 | Creampie-Angels.13.05.05.Ekaterina.XXX.720p.WMV-KTR[rarbg] |
| 05/16/2013 | A Taste of Stoya - Scene 5 - Stoya - Remux |
| 05/16/2013 | sart.13.05.14.sylvie.deluxe.and.whitney.conroy.apple.pie.mp4 |
| 05/16/2013 | 18xGirls.Anita.And.Neona.Get.off.sharing.a.guy.XXX.pornalized.wmv |
| 05/16/2013 | x-art_capri_tyler_green_eyes_1080.mov |
| 05/16/2013 | X-Art.13.04.19.Bunny.And.Scarlet.Fashion.Models.XXX.1080p.MP4-KTR[rarbg] |
| 05/16/2013 | Gerta and Neona Share A Thick Dick Together.wmv |
| 05/16/2013 | 18XG - 2013-05-09 - Neona -  Gets Drilled In The Kitchen |
| 05/16/2013 | 18XG - 2013-05-15 - Erica and Betty - Take On A Single Guy |
| 05/16/2013 | [X-Art] After Hours - Kitty [1080p].mov |
| 05/16/2013 | www.TorrentSource.TO_Avatar1_der_herr_der_Elemente_TVrip_xvid |
| 05/16/2013 | Watch Over Me - Stoya.m4v |
| 05/16/2013 | Culture Club - Karma Chameleon (Live Storytellers 1998).mpg |
| 05/16/2013 | HDLove - 2013-05-09 - Anastasia - Playing With Passion |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 05/16/2013 | RubATeen.13.04.27.Neona.Got.It.Going.On.XXX.READ.NFO.720p.MP4-KTR[rarbg] |
| 05/16/2013 | X-Art.13.05.05.Veronica.The.Young.And.The.Restless.XXX.1080p.MP4-KTR[rarbg] |
| 05/16/2013 | NubileFilms - Iwia - Position Of Power |
| 05/16/2013 | X-Art - Truth Or Dare - Lexi Belle, Mia Malkova [1080p].mov |
| 05/16/2013 | Idol.2006.ep04.pctv.divx-TKoC |
| 05/13/2013 | Nintendo DS ROMs - 0901-1051 - English Language Only |
| 05/13/2013 | Da Vincis Demons S01E05 HDTV XviD-FUM[ettv] |
| 05/13/2013 | Phoenix Askani - Appetite For Anal |
| 05/13/2013 | Mad.Sex.Party.Heisse.Huehner.Scharfe.Kurven.German.2009.XXX.DVDRiP.XviD-ESCORT |
| 05/13/2013 | x-art_baby_tyler_names_1080.mov |
| 05/08/2013 | 3DMark_v100_installer.exe |
| 05/08/2013 | 18xGirls.Neona.Gets.drilled.up.over.her.bed.XXX.pornalized.wmv |
| 05/08/2013 | The Mechanic 2011 [DVDRip] Eng XviD - MYSTiC |
| 05/08/2013 | Criminal Minds-Season 8, Episode 14 All That Remains HDTV Xvid-ASAP |
| 05/08/2013 | DoubleViewCasting.13.04.24.Ekaterina.POV.XXX.720p.x264-SEXORS[rarbg] |
| 05/08/2013 | Herman Wouk - Marjorie Morningstar.rar |
| 05/08/2013 | Pure18.13.05.04.Lola.Foxx.Lust.For.Foxx.XXX.1080p.MP4-KTR[rarbg] |
| 05/02/2013 | Da Vincis Demons S01E02 HDTV x264-ASAP[ettv] |
| 05/01/2013 | 18YearsOld - All to Ourselves - Kiera Winters [720p].wmv |
| 04/28/2013 | WetAndPissy.13.04.14.Silvie.DeLux.Wet.DeLuxe.XXX.1080p.MP4-GAGViD[rarbg] |
| 04/27/2013 | HDLove.Alice.March.Love.And.Lust.XXX.pornalized.avi |
| 04/27/2013 | X-Art.13.04.13.Bunny.Bottoms.Up.XXX.1080p.MP4-KTR[rarbg] |
| 04/27/2013 | Lesbea.Eileen.And.Eufrat.No.One.Will.XXX.pornalized.mp4 |
| 04/27/2013 | Jay.Taylor.Hardcore.ATKGalleria.2013.FullHD_iyutero.com.mp4 |
| 04/27/2013 | X-Art.13.04.07.Gianna.Apartment.Number.Four.XXX.1080p.MOV-KTR[rarbg] |
| 04/27/2013 | x-art_baby_everlasting_friends_1080.mov |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 04/27/2013 | Erotic.Snap.Erika.Winter.Romance.XXX.pornalized.mov |
| 04/27/2013 | YoungLegalPorn.13.04.07.Candice.Luca.I.Wish.Someone.Were.Inside.Me.XXX.1080p.MP4-KTR[rarbg] |
| 04/27/2013 | Watch4Beauty.13.03.14.Clover.After.The.Bath.XXX.720p.WMV-PAYiSO[rarbg] |
| 04/27/2013 | X-Art.13.04.17.Presley.Rose.Petals.XXX.1080p.MP4-KTR[rarbg] |
| 04/27/2013 | Throated.13.04.26.Jasmine.Delatori.XXX.1080p.MP4-KTR[rarbg] |
| 04/27/2013 | WOW-Orgasms.13.04.25.Juliya.XXX.720p.WMV-KTR[rarbg] |
| 04/27/2013 | Mozart 3 |
| 04/27/2013 | Watch4Beauty.13.04.17.Clover.Little.Pussy.XXX.720p.WMV-PAYiSO[rarbg] |
| 04/27/2013 | Passion-HD.13.04.17.Kiera.Play.With.Me.XXX.1080p.WMV-KTR[rarbg] |
| 04/27/2013 | Call of Duty Black Ops II – Uprising Crack Only.rar |
| 04/27/2013 | [X-Art] Delicious - Malena [1080p].mov |
| 04/26/2013 | PremiumHDV.12.05.05.Anna.Skye.Nasty.Teaser.Teen.XXX.1080p.MP4-PTWINNERX[rarbg] |
| 04/26/2013 | Anastasia.Morna.Young.rebel.Pure18.2013_iyutero.com.mp4 |
| 04/26/2013 | ATK Hairy Galleria - Kattie Gold kat174 - 3 - 1006 pics in 4 sets |
| 04/20/2013 | Gold Wave  4 Patch |
| 04/20/2013 | www.torrent.to...Eine.ganz.normale.Familie.GERMAN.1980.DVDRiP.XviD.iNTERNAL-HACO |
| 04/15/2013 | X-Art - Kitty - After Hours [1080p HD] - MOV |
| 04/12/2013 | Rahyndee.Roommate.Revenge.IKnowThatGirl.2013.HD_iyutero.com.mp4 |
| 04/11/2013 | Judas Priest-Defenders of the faith |
| 04/11/2013 | Creampie-Angels.13.04.10.Juliya.XXX.720p.WMV-KTR[rarbg] |
| 04/11/2013 | WowGirls.13.04.02.Eufrat.And.Frida.C.Kitties.Getting.Wet.XXX.1080p.MP4-KTR |
| 04/11/2013 | 18onlygirls - Fucking Blondie Boobs - Nancey [1080p].mp4 |
| 04/11/2013 | WowGirls - Taste My Snatch - Janice [1080p].mp4 |
| 04/11/2013 | X-Art.com - Lexi Belle and Mia Malkova - Pretty Babies (05.04.13).mp4 |
| 04/11/2013 | Amirah.Mark.Young.Love.JoyMii.2013.HD_iyutero.com.mov |
| 04/11/2013 | Passion-HD.13.04.03.Holly.Michaels.Top.Model.XXX.1080p.WMV-SEXORS[rarbg] |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 04/11/2013 | WowGirls.13.04.08.Paula.Shy.Horny.Fuck.After.School.XXX.1080p.MP4-KTR[rarbg] |
| 04/11/2013 | SexArt.13.04.06.Lilly.Labeau.Upper.West.Side.III.XXX.1080p.MP4-KTR[rarbg] |
| 04/11/2013 | X-Art - I Love X-Art - Kaylee aka Candice Luca [1080p].mp4 |
| 04/11/2013 | s1310_his_magic_touch_sd.mov |
| 04/10/2013 | Creampie-Angels.13.03.31.Anna.XXX.720p.WMV-KTR[rarbg] |
| 04/10/2013 | 18OnlyGirls - Not Need A Fella - Eden, Frida, Katherine [1080p].mp4 |
| 04/10/2013 | YoungLegalPorn - Sex Lessons For A Princess - Anjelica [1080p].mp4 |
| 04/10/2013 | Twistys.Eufrat.Dreams.Cum.True.XXX.pornalized.com.wmv |
| 04/10/2013 | WowPorn.13.03.27.Cindy.Riding.My.Favourite.One.XXX.1080p.MP4-KTR[rarbg] |
| 04/10/2013 | X-Art.13.03.28.Angelica.Out.Of.This.World.XXX.1080p.MOV-KTR[rarbg] |
| 04/10/2013 | WowPorn.13.03.30.Anjelica.Assfucked.Princess.XXX.1080p.MP4-KTR[rarbg] |
| 04/10/2013 | MUCC - 2003 - Zekuu |
| 04/10/2013 | nubilefilms_pursuit_1920.mp4 |
| 04/10/2013 | Nubiles.13.03.29.Sage.Evans.Beautiful.View.XXX.720p.WMV-KTR[rarbg] |
| 04/10/2013 | X-Art - Time to Go - Eufrat [720p].wmv |
| 04/10/2013 | Errotica-Archives.com_13.03.21.Eufrat.Canapea.XXX.IMAGESET-FuGLi |
| 04/10/2013 | X-Art.13.04.02.Alice.Featherlight.XXX.1080p.MP4-KTR[rarbg] |
| 04/10/2013 | X-Art.com_13.03.25.Clover.Beach.Baby.XXX.iMAGESET-P4L[rarbg] |
| 04/10/2013 | X-Art - Heavenly Brunettes - Tiffany, Brooklyn [1080p].mov |
| 04/10/2013 | Alexis.Bubble.Butt.Double.Rainbow.ShesAFreak.2013.HD_iyutero.com.mp4 |
| 04/10/2013 | Presley.Hart.Addicted.To.Love.NubileFilms.2013.HD_iyutero.com.mp4 |
| 04/10/2013 | Euro.Teen.Erotica.Anjelica.Calling.All.The.Shots.XXX.pornalized.com.avi |
| 04/10/2013 | Aliya.Gets.pounded.on.the.couch.in.stockings.18XGirls.2013.FullHD_iyutero.com.mp4 |
| 04/09/2013 | X-Art - Evening at Home Part 2 - Brooklyn [1080p].mov |
| 04/09/2013 | WOW-Orgasms - Elena [hqpdb.com] |
| 04/09/2013 | Dania.Gets.her.ass.fucked.on.the.couch.18XGirls.2013.FullHD_iyutero.com.wmv |

EXHIBIT C

DC54

| Hit Date  UTC | Filename |
|---|---|
| 04/09/2013 | Escape from Planet Earth  [2013] BLURAY ASE VF- 4PLAYHD |
| 04/09/2013 | Jack Reacher (2012)  BluRay 720p X264 HD NEW LINE SPARK |
| 04/09/2013 | WowPorn.13.03.24.Caprice.A.Alexis.Crystal.And.Gaby.Love.Rectangle.XXX.1080p.MP4-KTR[rarbg] |
| 04/09/2013 | 1000Facials.13.03.25.Tegan.Riley.XXX.1080p.MP4-KTR |
| 04/09/2013 | Paula.Horny.Straight.A.Student.WowGirls.2013.FullHD_iyutero.com |
| 04/09/2013 | Amateur.Allure.Kiki.Vidis.XXX.pornalized.com.wmv |
| 04/09/2013 | FuckedHard18.13.03.24.Adriana.XXX.720p.WMV-KTR[rarbg] |
| 04/09/2013 | YoungLegalPorn.13.03.24.Cindy.I.Scream.I.Cum.XXX.1080p.MP4-KTR[rarbg] |
| 04/09/2013 | 18eighteen - Wet For Older Cock - Natalie Heart aka Jaslene Jade [720p].wmv |
| 04/09/2013 | Six.Degrees.S01E05.HDTV.XviD-XOR[www.moviex.info] |
| 04/01/2013 | Doctor.Who.2005.7x06.The.Bells.Of.Saint.John.HDTV.x264-FoV.mp4 |
| 04/01/2013 | WowGirls.13.03.31.Anita.E.Exposing.My.Kitty.XXX.1080p.MP4-KTR[rarbg] |
| 04/01/2013 | Paula_Shy_A_Sultry_Date_HD1080.mp4 |
| 04/01/2013 | YoungLegalPorn.13.03.16.Silvie.And.Cindy.Sultry.Lips.XXX.1080p.MP4-KTR[rarbg] |
| 03/31/2013 | Nubiles.Mira.Pleasant.Tit.Rub.XXX.pornalized.com.wmv |
| 03/31/2013 | WowGirls.13.03.20.Connie.A.Busty.Takes.A.Biggie.XXX.1080p.MP4-KTR[rarbg] |
| 03/31/2013 | WowGirls - Sunday Morning - Anjelica [1080p].mp4 |
| 03/31/2013 | JoyMii.13.02.27.Caprice.And.Ivy.Beautiful.Affair.XXX.720p.MOV-SEXORS[rarbg] |
| 03/31/2013 | Eufrat.Dreams.Cum.True.Twistys.2013.HD_iyutero.com.mp4 |
| 03/31/2013 | Casting.Couch.X.Sara.XXX.pornalized.com.avi |
| 03/31/2013 | [X-Art] - Stay with Me - Tabitha [1080p].mov |
| 03/31/2013 | sgs_veronica_rodriguez_480p_2000.mp4 |
| 03/31/2013 | Mando_Diao_-_Hurricane_Bar-2004-BTB |
| 03/31/2013 | Nubiles.13.03.22.Lucie.Having.Fun.XXX.720p.WMV-KTR[rarbg] |
| 03/31/2013 | X-Art.13.03.15.Kiera.Late.For.Work.XXX.1080p.MP4-KTR[rarbg] |
| 03/31/2013 | Oasis - Only Hits |

EXHIBIT C

DC54

| Hit Date UTC | Filename |
|---|---|
| 03/31/2013 | 29296_Nikita Bellucci_720.wmv |
| 03/31/2013 | StepSiblings.13.03.19.Tiffany.And.Casi.Bikini.Babes.XXX.1080p.MP4-KTR[rarbg] |
| 03/31/2013 | HDVPass.Sasha.Grey.Dick.And.Fucks.XXX.pornalized.com.avi |
| 03/31/2013 | prnfle2032x.wmv |
| 03/31/2013 | X-Art - Circles Of Bliss - Addison [1080p].mov |
| 03/30/2013 | Starsky And Hutch.avi |
| 03/30/2013 | Twistys.13.03.19.Tiffany.Thompson.Lets.Get.It.Done.XXX.720p.MP4-KTR[rarbg] |
| 03/30/2013 | Ass.Crazed.Rochelle.Ryder.Daddy.Shoots.a.Load.on.Rochelle.Ryders.Ass.XXX.pornalized.com.avi |
| 03/30/2013 | Eufrat - Time To Go [1080p].wmv |
| 03/29/2013 | 18OnlyGirls.13.03.11.Aprilia.Cock.Obsessed.Cutie.XXX.1080p.MP4-KTR |
| 03/28/2013 | 18OnlyGirls.13.03.07.Addison.Explore.My.Hole.XXX.1080p.MP4-KTR[rarbg] |
| 03/28/2013 | cock_for_cox_big.mp4 |
| 03/28/2013 | Vanessa.Sixxx.Hardcore.Nubiles.2013.HD_iyutero.com |
| 03/28/2013 | SexArt.13.03.12.Eufrat.Mai.And.Whitney.Conroy.Jealousy.XXX.1080p.x264-SEXORS |
| 03/28/2013 | X-Art.13.03.08.Angelica.Spilled.Milk.XXX.1080p.MOV-KTR[rarbg] |
| 03/28/2013 | x-art_kaylee_mad_passion_1080.mp4 |
| 03/28/2013 | Paula.Lee.Self.Satisfaction.Nubiles.2013.HD_iyutero.com.wmv |
| 03/28/2013 | Caprice A, Gaby (Teach Me To Love) (2013) 1080p |
| 03/28/2013 | ClubSandy.13.03.07.Eufrat.Mai.And.Kitty.Jane.Private.Show.XXX.1080p.x264-SEXORS[rarbg] |
| 03/28/2013 | Nubiles.13.03.09.Paula.Lee.When.She.Gets.Lonely.XXX.720p.WMV-SEXORS[rarbg] |
| 03/28/2013 | NubileFilms.13.03.03.Cassie.Laine.Surprise.Encounter.Pt.1.XXX.1080p.MP4-KTR[rarbg] |
| 03/28/2013 | X-Art 12 03 18 Ivy Lunchtime Fantasy XXX 1080p MOV-KTR |
| 03/28/2013 | Bailey.Just.boots.GirlsNextDoorClub.2013.FullHD_iyutero.com.mov |
| 03/28/2013 | btas_lizz_tayler02_480p_2000.mp4 |
| 03/28/2013 | WowGirls.13.03.09.Elisa.A.And.Irina.K.Let.Me.Please.You.XXX.1080p.MP4-KTR[rarbg] |
| 03/28/2013 | Expert ASP.NET 2.0 Advanced Application Design.pdf |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 03/27/2013 | Camile.HardcoreYouth.2013.FullHD_iyutero.com |
| 03/27/2013 | Karen Matheson (of Capercaillie) - Mi Le M' Uilinn |
| 03/26/2013 | Evil Dead (2013) TS NL subs Divx NLtop |
| 03/26/2013 | Nubiles.13.03.03.Paula.Lee.Her.Special.Toy.XXX.720p.WMV-KTR[rarbg] |
| 03/26/2013 | Laura.Christie.Summer.Twist.Plus.Playboy.2012.FullHD_iyutero.com.mp4 |
| 03/25/2013 | DVDFab v9.0.1.6  v8.2.2.5 (Qt) - Final - PreActivated |
| 03/25/2013 | Revenge.S02E17.HDTV.x264-LOL.[VTV].mp4 |
| 03/21/2013 | Free.Running.Core.Design.Ltd..DEVIANCE.PC.GAMES |
| 03/21/2013 | Sparkle.DVDRip.JayBob.HQ.[FR] |
| 03/18/2013 | Regina.Homemade.Video.Of.Russian.Students.TeenBurg.2011.HD_iyutero.com.wmv |
| 03/18/2013 | WowGirls.13.03.18.Anjelica.Sunday.Morning.XXX.1080p.MP4-KTR[rarbg] |
| 03/18/2013 | Jodi.Taylor.Impressing.Mr.Big.TeensLikeItBig.2013.HD_iyutero.com |
| 03/13/2013 | Blue.Bloods.1x10.After.Hour.ITA.DLMux.XviD-NovaRip.avi |
| 03/13/2013 | Brave 2012 R5 NEW LiNE XViD-BENDER |
| 03/11/2013 | X-Art.13.03.13.Bunny.Another.Night.XXX.1080p.MP4-KTR[rarbg] |
| 03/11/2013 | Top Gear - [19x06] - 2013.03.03 [720p x264 by FoV].mkv |
| 03/11/2013 | nubilefilms_sticky_and_sweet_1280.mp4 |
| 03/11/2013 | Under The Dome - Bellerophon (New Age Space, 2002) |
| 03/11/2013 | WowPorn.13.03.11.Alexis.Crystal.A.Deep.Hole.XXX.1080p.MP4-KTR[rarbg] |
| 03/11/2013 | Dillion Harper - Dillions Last Stand HD720p (reshi5531) |
| 03/09/2013 | reg_ginagerson-mp4FullHigh-1.mp4 |
| 03/09/2013 | LollyPop_Pound_It_HD.mp4 |
| 03/09/2013 | 18OnlyGirls.13.03.03.Paula.Shy.Let.Me.Ride.Your.Wood.XXX.1080p.MP4-KTR[rarbg] |
| 03/09/2013 | BeataPorn.13.03.08.Try.My.A.Hard.One.XXX.720p.MP4-KTR[rarbg] |
| 03/09/2013 | Mia.M.ed.Satin.XArt.2013.FullHD_iyutero.com.mp4 |
| 03/07/2013 | Tiffany.F.Tuesday.Morning.XArt.2013.HD_iyutero.com.wmv |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 03/07/2013 | lei_me_big-1080.mp4 |
| 03/06/2013 | X-Art.com_12.11.19.Kaylee.Make.Me.Smile.XXX.IMAGESET-FuGLi[rbg] |
| 03/06/2013 | DominatedGirls.13.01.20.Tina.Blade.Learn.Some.Manner.XXX.1080p.MP4-KTR[rarbg] |
| 03/06/2013 | x-art_ivy_spur_of_the_moment_1080.mov |
| 03/06/2013 | Dillio.A.Quick.Fuck.RealExGirlfriends.2013.HD_iyutero.com |
| 03/06/2013 | Anjelica.You.Belong.To.Me.YoungLegalPorn.2012.HD_iyutero.com.mp4 |
| 03/06/2013 | Dani.Daniels.Malena.Morgan.Sexy.Strut.WeLiveTogether.2013_iyutero.com.mp4 |
| 03/06/2013 | DR Hook |
| 03/06/2013 | X-Art.13.02.05.Eufrat.And.Angelica.Deep.Longing.XXX.1080p.WMV-KTR[rarbg] |
| 03/06/2013 | Jenna.J.Ross.Translucent.NubileFilms.2013.FullHD_iyutero.com.mp4 |
| 03/06/2013 | x-art_lexi_ready_for_bed_1080.mp4 |
| 03/06/2013 | Nina.IFuckedHerFinally.Nina.2013_iyutero.com.mp4 |
| 03/06/2013 | Zoe_Anjelica_Share_Your_Delight_HD1080.mp4 |
| 03/06/2013 | Nancey_A_Tight_Takes_A_Thick_HD1080.mp4 |
| 03/06/2013 | Anjelica_Enjoy_My_Pussy_HD.mp4 |
| 03/06/2013 | Charlies.Girl.Georgia.Jones.XXX.DVDRip.x264-Jiggly |
| 03/06/2013 | Met-Art.com_13.01.04.Eufrat.A.Apodrasi.XXX.iMAGESET-P4L[rbg] |
| 03/06/2013 | X-Art - Perfect Girls - Tiffany, Abby [1080p].mov |
| 03/06/2013 | Kiera.Passion.Chat.PassionHD.2013.FullHD_iyutero.com |
| 03/06/2013 | Lauren.Obsessed.WowGirls.2013.FullHD_iyutero.com.mp4 |
| 03/06/2013 | prnfle1582x.mp4 |
| 03/06/2013 | d18_casanalei-wmvFullHigh-1.wmv |
| 03/06/2013 | Twistys.13.01.06.Eufrat.Pure.Sex.XXX.720p.x264-SEXORS[rbg] |
| 03/06/2013 | Iwia.A.Wet.Dreams.SexArt.2013.FullHD_iyutero.com.mp4 |
| 03/06/2013 | EuroTeenErotica.13.01.25.Faina.A.Pretty.Happy.Fine.Ending.XXX.1080p.MP4-KTR[rarbg] |
| 03/06/2013 | Creampie-Angels.13.02.22.Trinity.XXX.720p.WMV-KTR[rarbg] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 03/06/2013 | WowPorn - Share Your Delight - Anjelica, Zoe [720p].mp4 |
| 03/06/2013 | X-Art - Soul Mates - Ivy [1080p].mov |
| 03/06/2013 | Met-Art.com_12.12.31.Luce.A.Simpelt.XXX.iMAGESET-P4L[rbg] |
| 03/06/2013 | DJ Tsuki - I Like Cupboards.mp3 |
| 03/06/2013 | WowGirls - The Mirror of Desire - Eufrat [1080p].mp4 |
| 03/06/2013 | Met-Art.com.13.02.07.Luce.A.Iluminar.XXX.iMAGESET-P4L[rarbg] |
| 03/06/2013 | X-Art - Casual Affair - Eufrat, Grace [1080p].mov |
| 03/06/2013 | Teen Sex Movs - Polina HD 720p |
| 03/06/2013 | CrueltyParty.13.02.21.Holly.Michaels.Double.Insertion.XXX.720p.WMV-SEXORS[rarbg] |
| 03/06/2013 | Twistys.13.01.26.Samantha.Ryan.Cheating.Back.Is.Best.XXX.720p.MP4-IEVA[rarbg] |
| 03/05/2013 | X-Art.com - Clover - Good Morning -  - 20130304 |
| 03/05/2013 | Anjelica - Hardcore Tricks - HD1080.mp4 |
| 03/05/2013 | x-art_beatrice_two_boys_and_a_girl_1080.mov |
| 03/05/2013 | Janice_Take_Care_Of_My_Pussy_HD.mp4 |
| 03/05/2013 | Foetus + Chrome Cranks - Vice Squad Dick (1994) |
| 03/05/2013 | JM - 2013-03-04 - Eliana R and Presley H - Threesome Lust |
| 03/05/2013 | Stolen.DvDrip[Eng]-FXG |
| 03/05/2013 | Lizz.Tayler.Booty.Text.HDLove.2012.FullHD_iyutero.com.mp4 |
| 03/05/2013 | Elysee.Gets.her.tight.pussy.drilled.deep.18XGirls.2013.FullHD_iyutero.com.wmv |
| 03/03/2013 | Kennedy.Masturbating.Beauty.18YearsOld.2013.HD_iyutero.com |
| 03/03/2013 | Bailey.A.Sandy.Stretch.My.Muffin.WowPorn.2013.FullHD_iyutero.com.mp4 |
| 02/27/2013 | Eureka.S05E09.Smarter.Carter.HDTV.XviD-ASAP.[VTV].avi |
| 02/27/2013 | www.torrent.to...When.the.Lights.Went.Out.German.AC3.HDRip.XViD-FuN |
| 02/27/2013 | [www.Cpasbien.me] Raising.Hope.S03E17.FASTSUB.VOSTFR.HDTV.XviD-MiND |
| 02/27/2013 | Emily.Owens.M.D.S01E11.2013.HDTV.x264-EVOLVE [eztv] |
| 02/27/2013 | VA - Okej - Tiden vi aldrig glömmer 1980-1989 |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 02/27/2013 | Jesus of Nazareth [1977] Franco Zeffirelli |
| 02/27/2013 | convert-ost2pst-3.1.exe |
| 02/27/2013 | Top Gear - [19x01] - 2013.01.27 [720p x264 by FoV].mkv |
| 02/27/2013 | WowGirls - A Close Acquaintance - Paloma [720p].mp4 |
| 02/27/2013 | Whitney_Houston-The_Essential_Whitney_Houston-2CD 2011[mp3][vbr][blowa][TLS RELEASE] |
| 02/25/2013 | Top Gear - [19x01] - 2013.01.27 [FoV].mp4 |
| 02/25/2013 | BackroomCastingCouch - Daisy,wmv |
| 02/24/2013 | SexArt.13.02.23.Presley.Hart.El.Matador.XXX.1080p.MP4-KTR[rarbg] |
| 02/23/2013 | Deadly.Women.Seasone.6.Episode.18.Bury.the.Boyfriend.HDTV.XviD-ASAP.[VTV].avi |
| 02/23/2013 | Demented_Are_Go-In_Sickness_And_In_Health-LP-1986-SOB |
| 02/21/2013 | X-Art.13.02.16.Kaylee.Apartment.In.Madrid.XXX.1080p.MP4-KTR[rarbg] |
| 02/21/2013 | Bella.CreampieAngels.2013.HD_iyutero.com.wmv |
| 02/21/2013 | Marcy_Playground_-_Marcy_Playground-1997-TOBLERONE_INT |
| 02/21/2013 | Kaylee.Kyle.Apartment.in.Madrid.XArt.2013.HD_iyutero.com.mp4 |
| 02/20/2013 | Puss In Boots [2011] Engl DVD - SCR |
| 02/19/2013 | King of California 2007 Eng BDRip x264 |
| 02/19/2013 | AnalTeenAngels.13.01.28.Cloee.XXX.1080p.x264-SEXORS |
| 02/19/2013 | 2013.01.05.SAC@BKN.720p.mkv |
| 02/19/2013 | XBOX360.The.Witch.and.the.Hundred.Knights.REPACK |
| 02/19/2013 | The walking dead latest crack and dll's (PC) Valenzuela |
| 02/19/2013 | Jynx Maze and Asa Akira (scene Anal Inferno).avi |
| 02/19/2013 | Toy Box - FanTastic and Toy Ride (Collector's Edition) |
| 02/19/2013 | Two And A Half Men Season 10, Episode 14  HDTV x264-CTU |
| 02/14/2013 | Heritage Magazin - 01 2013.rar |
| 02/13/2013 | Red House Painters - 7. Albums (4AD) |
| 02/13/2013 | WeLikeToSuck.13.02.12.Ass.Tina.Mouth.XXX.1080p.MP4-KTR[rarbg] |

EXHIBIT C

DC54

| Hit Date  UTC | Filename |
|---|---|
| 02/13/2013 | Met-Art.com_12.11.19.Eufrat.A.Saloni.XXX.iMAGESET-YAPG[rbg] |
| 02/13/2013 | Zoey.Paige.Simple.Pleasures.NubileFilms.2013.FullHD_iyutero.com.mp4 |
| 02/13/2013 | Kitty.Jane.Twistys.2013.HD_iyutero.com.mp4 |
| 02/13/2013 | X-Art.13.02.12.Caprice.A.Girl.Like.You.XXX.1080p.MOV-SEXORS[rarbg] |
| 02/13/2013 | WowPorn - Alyssa (Cream My Belly) HD 1080P |
| 02/13/2013 | The Simpsons S24E09.HDTV.XviD-FQM |
| 02/13/2013 | FemJoy.13.02.12.Denisa.and.Eufrat.and.Fiona.Dancing.XXX.720p.WMV-GAGViD[rarbg] |
| 02/13/2013 | Rylskyart.com.13.01.25.Mila.Camoe.XXX.IMAGESET-FuGLi[rarbg] |
| 02/13/2013 | Lexi.Belle.Ma.Belle.Babes.2013.HD_iyutero.com.mp4 |
| 02/11/2013 | Percy.Jackson.and.the.Olympians:.The.Sea.of.Monsters.DVDRip.XviD-MAXSPEED.avi |
| 02/08/2013 | X-Art - Lovers Quarrel - Ivy [1080p].wmv |
| 02/08/2013 | X-Art.13.02.07.Connie.Sacred.Romance.XXX.1080p.MOV-KTR[rarbg] |
| 02/08/2013 | WowPorn - Hardcore Attack - Janice [720p].mp4 |
| 02/08/2013 | P3 Live Dia Psalma - Umeå Open 2006-03-25.mp3 |
| 02/08/2013 | Angelica.Inside.Perfection.X.Art.2012.HD_iyutero.com.wmv |
| 02/06/2013 | Natalie.Heart.MySistersHotFriend.2013_iyutero.com.mp4 |
| 02/06/2013 | Creampie-Angels.13.02.02.Kristina.XXX.720p.WMV-SEXORS[rarbg] |
| 02/06/2013 | Milana.She.Savors.Superstars.Double.HandsonHardcore.2013_iyutero.com.mp4 |
| 02/06/2013 | reg_madisonchandler-mp4FullHigh-1.mp4 |
| 02/06/2013 | 18XGirls - Tanned Brunette Rockie Gets Out Of Her Shorts - Rockie [720p].wmv |
| 02/06/2013 | x-art_gianna_addison_seeing_double__1080.mov |
| 02/04/2013 | Paranormal Activity 4.avi |
| 02/01/2013 | Querida.A.Surge.Of.Love.18Onlygirls.2012.FullHD_iyutero.com.mp4 |
| 02/01/2013 | 13.01.08.Karina White_CumFiesta_ImgZilla.mp4 |
| 02/01/2013 | samantharyanpb011213-bgvid_999.mp4 |
| 02/01/2013 | X-Art - Working Out Together - Kristen [1080p].mov |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/28/2013 | Babes.13.01.11.Presley.Hart.Happy.Ending.XXX.1080p.MP4-IEVA[rbg] |
| 01/28/2013 | Kemper.2008.DVDrip.Swesub.XviD.AC3-Magic |
| 01/24/2013 | x-art_angelica_naughty_and_nice_1080.mov |
| 01/24/2013 | Creampie-Angels.12.12.25.Milena.XXX.720p.WMV-KTR[rbg] |
| 01/24/2013 | NuruMassage.13.01.19.Casana.Lei.Creampie.Surprise.XXX.1080p.MP4-KTR[rarbg] |
| 01/24/2013 | Mastering the Art of French Cooking.pdf |
| 01/24/2013 | Luiza_Make_Me_Squirt_HD1080.mp4 |
| 01/24/2013 | Aksinya.Aksinya.Pulls.Down.Her.Skirt.For.A.Quick.Pounding.18XGirls.2013_iyutero.com.mp4 |
| 01/24/2013 | Ben.and.Ivy.Sunset.Sex.JoyMii.2012.HD_iyutero.com.mov |
| 01/24/2013 | Ema.SmackMyBitch.2013.FullHD_iyutero.com.wmv |
| 01/23/2013 | ParaNorman 2012 DVDRip XviD-SMELCEU |
| 01/23/2013 | x-art_mira_yoga_master_and_student_1080.mov |
| 01/23/2013 | HITCHHIKERS GUIDE |
| 01/23/2013 | Safo.Sucks.a.thick.dick.to.get.fucked.18XGirls.2013.HD_iyutero.com.wmv |
| 01/23/2013 | x-art_angelica_a_little_rain_must_fall_1080.mov |
| 01/23/2013 | Denisa_Heaven_Let_Me_Ride_Your_Cock_HD1080.mp4 |
| 01/23/2013 | Creampie-Angels.13.01.20.Polina.XXX.720p.WMV-iaK[rarbg] |
| 01/23/2013 | Femjoy.13.01.20.Simona.Ring.of.Lust.XXX.720p.MP4-VSEX[rarbg] |
| 01/22/2013 | HDMassagePorn_Megan.avi |
| 01/22/2013 | TeenSexMania.13.01.18.Ekaterina.XXX.720p.WMV-iaK[rarbg] |
| 01/20/2013 | Anissa.Kate.Big.Dick.Suck.n.Ride.RealExGirlfriends.2013.HD_iyutero.com.mpg |
| 01/19/2013 | FuckedHard18.13.01.05.Nadia.XXX.720p.WMV-KTR[rbg] |
| 01/19/2013 | x-art_clover_susie_warm_inside_1080.mov |
| 01/19/2013 | X-Art.com_13.01.02.Introducing.Clover.XXX.iMAGESET-P4L[rbg] |
| 01/19/2013 | WeLikeToSuck.13.01.05.Liz.Goes.Hard.XXX.1080p.MP4-KTR[rbg] |
| 01/19/2013 | Ella Milano - Sensual Sexual Ride HD720p (reshi5531) |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 01/19/2013 | x-art_baby_together_again_1080.mp4 |
| 01/19/2013 | Baby.Want.You.XArt.2012.FullHD_iyutero.com.mov |
| 01/19/2013 | Creampie-Angels.12.11.12.Ekaterina.XXX.720p.WMV-KTR[rbg] |
| 01/19/2013 | Evi.F.Presley.H.and.Van.W.Triple.Pleasure.JoyMii.2013.HD_iyutero.com.mov |
| 01/19/2013 | Katie.Jordan.Ice.Hot.Passion.HD.2012.HD_iyutero.com.wmv |
| 01/19/2013 | X-ART Clover Sweetest Dreams 01.04.13 1080p XXX[jokershots] |
| 01/19/2013 | Nubiles.12.12.27.Sarah.Renee.Cute.Undies.XXX.720p.WMV-KTR[rbg] |
| 01/19/2013 | YoungLegalPorn.12.12.16.Penelope.Big.Fun.XXX.1080p.x264-SEXORS[rbg] |
| 01/19/2013 | Raymond_och_Maria-Vi_Ska_Bara_Leva_Klart-SE-2004-MP3 |
| 01/19/2013 | Cum_All_Over_Me_1280x720.mov |
| 01/19/2013 | YoungLegalPorn.12.12.25.Irina.K.Primary.Pleasure.XXX.1080p.MP4-KTR[rbg] |
| 01/19/2013 | Candice.Luca.Beyond.Your.Dreams.WowGirls.2012.FullHD_iyutero.com.mp4 |
| 01/19/2013 | X-Art.12.12.31.Angie.Morning.Desires.XXX.1080p.MOV-KTR[rbg] |
| 01/17/2013 | Krystyna.CreampieAngels.2013.HD_iyutero.com.wmv |
| 01/17/2013 | reg_hollymichaels-wmvFullHigh-1-chkm8te.wmv |
| 01/17/2013 | Silvie Deluxe - Midnight Soak.mp4 |
| 01/17/2013 | 13.01.15.Vera Vaughn, Cameron Dee, Nina Lopez_RealSlutParty_ImgZilla.mp4 |
| 01/17/2013 | WeLiveTogether.13.01.03.Shyla.Jennings.Malena.Morgan.And.Layla.Rose.Naughty.Girls.XXX.1080p.x264-SEXORS[rbg] |
| 01/17/2013 | Penelope.Penelope.Likes.It.Big.WowGirls.2012.FullHD_iyutero.com.mp4 |
| 01/17/2013 | Zaya.Big.Black.Friend.18OnlyGirls.2013.HD_iyutero.com.mp4 |
| 01/17/2013 | WowGirls - Eager Honey Nikita aka Gina Devine [1080p].mp4 |
| 01/17/2013 | 18OnlyGirls.12.12.26.Lily.A.Sailors.Dream.XXX.720p.MP4-KTR[rbg] |
| 01/15/2013 | The Cold Light Of Day(2012) DVDRip XviD-MAX |
| 01/15/2013 | Baby.Sent.From.Heaven.XArt.2012.FullHD_iyutero.com.mov |
| 01/11/2013 | Roxanne.Rae.Johnny.Castle.MySistersHotFriend.2013_iyutero.com.wmv |

EXHIBIT C

| Hit Date  UTC | Filename |
| --- | --- |
| 01/09/2013 | Caught Red Handed_original.wmv |
| 01/09/2013 | Zuzana.CzechCasting.2013.HD_iyutero.com.wmv |
| 01/09/2013 | Marta.Naughty.Marta.Gets.A.Fat.Cock.In.Her.Mouth.18XGirls.2013.HD_iyutero.com.wmv |
| 01/09/2013 | training-her-mouth-720.MP4 |
| 01/08/2013 | X-MEN XBLA .rar |
| 01/08/2013 | Battlefield 3 Close Quarters- Crack RAZOR_1911-..rar |
| 01/08/2013 | Psycho-Pass_05_720_10bits.mkv |
| 01/08/2013 | Shame English.PDVD.[x264] INSPiRAL |
| 01/08/2013 | 13.01.03.Sophie Dee, Eva Notty_BigTitsAtWork_ImgZilla.mp4 |
| 01/08/2013 | [Hybrid-Raws] Sword Art Online - Vol.1 [BD 480p][AAC][Commentary] |
| 01/08/2013 | Sparkle 2012 DVDRip XviD-LABA |
| 01/08/2013 | mfw_coco_de_mal_368p_750.mp4 |
| 01/08/2013 | CMountain (HDRip)(Castellano)(www.Damedivx.com).avi |
| 01/06/2013 | House at The End of the Street (2012).DVDRip.BestQuality.veR |
| 01/06/2013 | Eufrat.Janice.Eufrat.Enjoys.Girls.18Onlygirls.2012.FullHD_iyutero.com.mp4 |
| 12/29/2012 | MythBusters.S11E02.Trench.Torpedo.720p.HDTV.x264-DHD [PublicHD] |
| 12/29/2012 | Anal Honeys Disc1 x264 -PORNOLATiN |
| 12/29/2012 | Ema.Episode.688.SmackMyBitch.2012.FullHD_iyutero.com.wmv |
| 12/29/2012 | Elyse.Episode.687.SmackMyBitch.2012_iyutero.com.mp4 |
| 12/24/2012 | Panda Internet Security 2013 |
| 12/20/2012 | Ella.Milano.Dirty.Diary.PassionHD.2012.FullHD_iyutero.com.wmv |
| 12/19/2012 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 12/19/2012 | X-Art.12.11.23.Connie.Heart.And.Soul.XXX.1080p.MOV-KTR[rbg] |
| 12/19/2012 | X-Art - Unforgettable View Part 1 - Addison [1080p].mov |
| 12/19/2012 | PornStarSpa.12.11.29.Breanne.Benson.Spa.Fucking.XXX.720p.x264-SEXORS[rbg] |
| 12/19/2012 | x-art_kaylee_waterfall_emotions_1080.mov |

EXHIBIT C

| Hit Date  UTC | Filename |
| --- | --- |
| 12/19/2012 | 12.11.26.Tiffany Brookes_Babes_ImgZilla.mp4 |
| 12/19/2012 | A_Holiday_Romance_HD.mp4 |
| 12/19/2012 | Kitana A (Cute and Nasty) (2012) HD 720p |
| 12/19/2012 | Passion-HD  Passion For Roses  Anissa Kate |
| 12/19/2012 | Twilight.Zone.1985.S01E38.A.Matter.Of.Minutes.DVDRiP.XviD.avi |
| 12/19/2012 | Orgasms.12.11.24.Ivy.Play.Things.XXX.1080p.MP4-KTR[rbg] |
| 12/19/2012 | X-Art.12.12.18.Gianna.A.Love.Story.XXX.1080p.MOV-KTR[rbg] |
| 12/19/2012 | Casting.E152.Anna.XXX.1080p.MOV-SEXORS[rbg] |
| 12/19/2012 | X-Art - Tarde Espanola - Addison [1080p].mp4 |
| 12/19/2012 | Aimee.Ryan.Pure.Pleasure.NubileFilms.2012.FullHD_iyutero.com.mp4 |
| 12/19/2012 | 12.12.12.Tina Blade_MikesApartment_ImgZilla.mp4 |
| 12/13/2012 | Nubiles.12.11.14.Tina.Blade.Hardcore.XXX.720p.WMV-SEXORS[rbg] |
| 12/13/2012 | namindiajohnny_720.mp4 |
| 12/12/2012 | pirates of the carribean theme.mkv |
| 12/10/2012 | Anjelica.Horny.anjelica.gets.cock.and.a.toy.18XGirls.2012.FullHD_iyutero.com.wmv |
| 12/10/2012 | Logan.P.and.Presley.H.Young.Passion.JoyMii.2012_iyutero.com.mov |
| 12/09/2012 | prnfle696x.mp4 |
| 12/02/2012 | x-art_angelica_introducing_angelica_1080.mov |
| 11/29/2012 | CastingCouch-X - Rachel.mp4 |
| 11/28/2012 | 12.10.31.Hayley Hilton_Nubiles_ImgZilla.wmv |
| 11/28/2012 | X-Art - Still With Me - Kaylee [1080p].mov |
| 11/28/2012 | Abbie.Cross.Getting.It.Good.Pure18.2012_iyutero.com.mp4 |
| 11/28/2012 | mira-sunset-8334v1-high.mp4 |
| 11/28/2012 | Beata.Porn.Cum.In.My.Mouth.XXX.pornalized.avi |
| 11/28/2012 | X-Art - Heart And Soul - Connie [720p].mov |
| 11/21/2012 | Vanessa.Sixxx.The.Blowpop.House.Exxxtra.Small.2012.FullHD_iyutero.com.mp4 |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 11/18/2012 | www.torrent.to...The.Tree.of.Life.German.AC3.DVDRip.XviD-QoM |
| 11/18/2012 | Shes.Only.18.5.PornPros.DvDRip.2012_iyutero.com.mp4 |
| 11/18/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 11/18/2012 | Shes.Only.18.4.PornPros.DvdRip.2012_iyutero.com |
| 11/16/2012 | Argo 2012 DVDRip X264 AAC READNFO-ICE [FR-SUB] |
| 11/16/2012 | Windows 8 launches in   and you can no buy a full version Download Free |
| 11/12/2012 | Natasha.Von.Starving.Students.18OnlyGirls.2012.FullHD_iyutero.com.mp4 |
| 11/12/2012 | 18 Years Old - Vanessa Sixxx (Private Collection).mpg |
| 11/12/2012 | Party.Hardcore.70.2012.XXX.DVDRip.XviD-CiCXXX |
| 11/12/2012 | 18.Only.Girls.Natasha.Von.Starving.Students.XXX.pornalized.avi |
| 11/12/2012 | Orgasms - Little Angel - Jessica [720p].mov |
| 11/12/2012 | 12.11.09.Vanessa Sixxx_18YearsOld_ImgZilla.mp4 |
| 11/12/2012 | bb10876_800.mp4 |
| 11/08/2012 | Your Sister's Sister 2012 DVDRip XviD-AXXP |
| 11/07/2012 | BLOODRAYNE.2-DEViANCE |
| 11/04/2012 | Exploited College Girls - Jessica.mp4 |
| 11/04/2012 | x-art_caprice_ivana_jacob_casual_sex_1080.mov |
| 11/04/2012 | Teen Sex Mania - Milena.wmv |
| 11/02/2012 | Real Ex Girlfriends - Kennedy Nash (Sultry Sexual Surprise).mpg |
| 10/31/2012 | Autodesk Revit Architecture 2013 x86 and x64 |
| 10/31/2012 | Autodesk AutoCAD 2013 x64 |
| 10/31/2012 | x-art_gianna_ibiza_love_720.mp4 |
| 10/30/2012 | Younglegalporn - Threesome Adventure - Anjelica, Zoe [720p].mp4 |
| 10/30/2012 | X-Art - Poolside Passion - Mira [1080p].mov |
| 10/29/2012 | Orgasms.12.10.25.Ivy.My.Gentleman.Lover.XXX.1080p.MP4-KTR |
| 10/29/2012 | ShadyPI.12.10.27.Brooklyn.Chase.No.Good.Brooklyn.XXX.720p.WMV-KTR[rbg] |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 10/29/2012 | White Collar Season 4 [sAgArEvil] |
| 10/29/2012 | PowerISO 5.4 + Keygen-[EC].zip |
| 10/29/2012 | Adalisa.Perfect.Picture.CumFiesta.10.23.12_iyutero.com.mp4 |
| 10/29/2012 | Amateur Allure-Dillion Harper.wmv |
| 10/25/2012 | 18OnlyGirls.12.10.16.Luiza.Oil.Me.Up.And.Fuck.Me.Hard.XXX.1080p.MP4-KTR[rbg] |
| 10/25/2012 | Power ISO and Serial Keys |
| 10/22/2012 | ADOBE.CREATIVE.SUITE.6.0.MASTER.COLLECTION.LS16.ESD-ISO |
| 10/22/2012 | Baby.Tyler.Young.Passion.X.Art.2012.HD_iyutero.com.mp4 |
| 10/22/2012 | Whitney.Westgate.Office.Seduction.ShadyPI.10.20.12.HD_iyutero.com.mpg |
| 10/18/2012 | Lyen.Parker.Pinks.out.MikesApartment.10.17.12.FullHD_iyutero.com.mp4 |
| 10/18/2012 | NextLIMIT Maxwell Render 2.7.10 (x86x64) With Plug-ins Incl Crack.tgz |
| 10/18/2012 | mshfpresleytyler_720.mp4 |
| 10/18/2012 | Adele - 21 [Limited Edition CD-Rip] @320kbps [Bonus+Covers] |
| 10/18/2012 | Redhead.Girls.3.XXX |
| 10/18/2012 | NubileFilms - The Loft - Kitty Jane.mp4 |
| 10/18/2012 | How I Met Your Mother - S08E02 - The Pre-Nup - 720p WEB-DL H.264 {$H@uN} |
| 10/18/2012 | Holly.Michaels.Key.To.Passion.Passion.HD.2012.FullHD_iyutero.com.wmv |
| 10/17/2012 | s1182_your_touch_720.mov |
| 10/17/2012 | Anjelica.Zoe.Cock.Addicts.WowGirls.2012.FullHD_iyutero.com.mp4 |
| 10/17/2012 | Presley.Hart.Never.Go.NubileFilms.2012.FullHD_iyutero.com.mp4 |
| 10/17/2012 | TeenBFF - Lizz Tayler and Kendall Karson - Join The Party 720p HD |
| 10/17/2012 | Nubiles.12.09.26.Presley.Hart.Hardcore.XXX.720p.WMV-KTR[rbg] |
| 10/17/2012 | Anjelica.Lets.Share.Our.Love.WowGirls.2012.HD_iyutero.com.mp4 |
| 10/17/2012 | X-Art.12.10.09.Jasmine.Dangerous.Game.XXX.1080p.MOV-KTR[rbg] |
| 10/17/2012 | Anjelica.An.Eager.Lady.Younglegalporn.2012.HD_iyutero.com.mp4 |
| 10/17/2012 | WowGirls - Dominating Herself - Gloria [1080p].mp4 |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 10/17/2012 | x-art_grace_linsay_nastia_russian_invasion_1080.mov |
| 10/12/2012 | 18OnlyGirls - Sharing A Taste One - Olympia, Zaya [720p].mp4 |
| 10/12/2012 | DJ Cassie - The Summer of 2012 MIXTAPE (TEASER).mp3 |
| 10/10/2012 | The Three Stooges 2012 DVDRip READNFO XviD-BiDA |
| 10/09/2012 | 18Onlygirls - Make Me Cum Again And Again - Momoko [1080p].mp4 |
| 10/09/2012 | X-Art - Wild Things - Silvie, Grace [720p].wmv |
| 10/09/2012 | Krystyna.CreampieAngels.10.07.12.HD_iyutero.com.wmv |
| 10/03/2012 | Doctor.Who.2005.S07E03.720p.HDTV.x264-BiA [PublicHD] |
| 10/03/2012 | Doctor_Who_2005.7x04.The_Power_Of_Three.720p_HDTV_x264-FoV |
| 10/03/2012 | Lotus.A.New.Massage.Method.18OnlyGirls.2012.HD_iyutero.com.mp4 |
| 10/03/2012 | How.I.Met.Your.Mother.S08E01.HDTV.x264-LOL.[VTV].mp4 |
| 10/03/2012 | How.I.Met.Your.Mother.S08E02.mp4 |
| 10/03/2012 | [ www.Speed.Cd ] - Anthony.Bourdain.No.Reservations.S08E10.HDTV.x264-2HD |
| 10/03/2012 | www.TamilRockers.net - Starship Troopers (1997) Tamil + Eng - 720p BRRip - Eng Subs |
| 10/03/2012 | Anthony.Bourdain.No.Reservations.S08E13.Burgundy.HDTV.x264-2HD.mp4 |
| 10/02/2012 | How.I.Met.Your.Mother.S08E02.HDTV.XviD-AFG |
| 10/02/2012 | Doctor.Who.S07E02 |
| 10/02/2012 | Parenthood.(2010).S04E02.Left.Field.HDTV.x264-LOL[ettv] |
| 09/27/2012 | BangBrosRemastered - Pornstars 101.mp4 |
| 09/26/2012 | Anthony Bourdain No Reservations S08E12.HDTV.x264-EVOLVE-mSD |
| 09/26/2012 | [Enatsu]-[S.A.O]-EP02[8bit][848x480].mp4 |
| 09/26/2012 | No.Reservations.S08E12.Emilia.Romagna.ROYBOY.avi |
| 09/26/2012 | Anthony.Bourdain.No.Reservations.S08E11.HDTV.XviD-FQM |
| 09/24/2012 | Whitney Westgate - Pussy Exercises HD720p (reshi5531) |
| 09/24/2012 | X-Art - Black Lace Bliss - Gianna [720p].mov |
| 09/24/2012 | Penelope.Big.Gets.Bigger.WowGirls.2012_iyutero.com.mp4 |

EXHIBIT C

DC54

| Hit Date  UTC | Filename |
|---|---|
| 09/24/2012 | Disgraced18.12.09.19.Holly.Michaels.Hard.Pleasure.XXX.720p.WMV-SEXORS[rbg] |
| 09/24/2012 | Anthony Bourdain No Reservations S08E11 HDTV x264-2HD [eztv] |
| 09/24/2012 | X-Art - Morning Memories - Cindy [1080p].mov |
| 09/22/2012 | Katie.G.Stormy.Passions.JoyMii.2012.HD_iyutero.com.mov |
| 09/17/2012 | ktr.18e.12.09.05.morgan.brooke.soaking.wet.panties.wmv |
| 09/17/2012 | Silvie.Classic.Beauty.X.Art.2012.FullHD_iyutero.com.mov |
| 09/17/2012 | RealExGirlfriends_Lily Love_12.09.11.mp4 |
| 09/17/2012 | x-art_kaylee_ian_first__love_1080.mov |
| 09/12/2012 | Heather.A.Hardcore.Date.18onlyGirls.2012.HD_iyutero.com.mp4 |
| 09/12/2012 | Fuckedhard18 - Whitney |
| 09/12/2012 | April.O.Neil.MyFriendsHotGirl.09.xx.12_iyutero.com.wmv |
| 09/12/2012 | Natasha.Von.Non.Stop.Hardcore.WowGirls.2012_iyutero.com.mp4 |
| 09/12/2012 | 18XGirls - Argentina (Argentina Shows Off In The Bathroom).mp4 |
| 09/08/2012 | [ www.Speed.Cd ] - Anthony.Bourdain.No.Reservations.S08E09.HDTV.x264-2HD |
| 09/08/2012 | The Newsroom 2012 S01E10 HDTV x264-EVOLVE[ettv] |
| 09/08/2012 | [ www.TorrentDay.com ] - Anthony.Bourdain.No.Reservations.S08E06.HDTV.XviD-AFG |
| 09/04/2012 | Doctor Who Pond Life 5 part minisodes |
| 09/04/2012 | Doctor.Who.2005.7x01.Asylum.Of.The.Daleks.720p.HDTV.x264-FoV.mkv |
| 09/04/2012 | Doctor.Who.2005.7x01.Asylum.Of.The.Daleks.HDTV.x264-FoV.mp4 |
| 09/04/2012 | Doctor.Who.2005.Christmas.Special.2011.The.Doctor.The.Widow.And.The.Wardrobe.HDTV.XviD-FoV.avi |
| 08/30/2012 | The.Newsroom.2012.S01E08.HDTV.x264-2HD.mp4 |
| 08/30/2012 | Irina.K.Locked.In.A.Room.18Onlygirls.2012.HD_iyutero.com.mp4 |
| 08/30/2012 | The.Newsroom.2012.S01E09.HDTV.x264-EVOLVE.mp4 |
| 08/30/2012 | Breanne Benson - My Dad's Hot Girlfriend HD720p (reshi5531) |
| 08/30/2012 | X-Art - Unbelievably Beautiful - Silvie [1080p].mov |

EXHIBIT C

| Hit Date  UTC | Filename |
| --- | --- |
| 08/30/2012 | x-art_starting_over_jessie_720.mp4 |
| 08/30/2012 | Ransom (Mel Gibson) Xvid.avi |
| 08/30/2012 | 0062_Bobbi_Chris.wmv |
| 08/22/2012 | X-Art.12.08.18.Ivy.This.Side.Of.Paradise.XXX.1080p.MOV |
| 08/18/2012 | IFuckedHerFinally_-_Irene_HD_1080p |
| 08/18/2012 | reg_aubreyskye-wmvFullHigh-1.wmv |
| 08/18/2012 | Irene.IFuckedHerFinally.2012.FullHD_iyutero.com.mp4 |
| 08/18/2012 | X-Art - Coucher Avec an Autre Fille - Jessie, Anais [720p].mp4 |
| 08/09/2012 | The.Newsroom.2012.S01E06.HDTV.x264-EVOLVE.mp4 |

EXHIBIT C